**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SHANE SIMPSON, : No. 59 MM 2016
:
Petitioner :
:
:
:
v. :
:
:
:
THE HONORABLE MICHAEL J. :
BARRASSE, COURT OF COMMON :
PLEAS OF LACKAWANNA COUNTY, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of June, 2016, the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.